# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00368-CR

**Blair Duane Wright, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 8306, HONORABLE WILLIAM BACHUS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Blair Duane Wright seeks to appeal a judgment of conviction for failing to appear. Sentence was imposed on February 20, 2009. Notice of appeal was filed on June 16, 2010. Because the notice of appeal was not timely, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See* Tex. R. App. P. 26.2(a)(1)/(2); *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   February 25, 2011

Do Not Publish